**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BELGER CARTAGE SERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRANE U.S., INC. d/b/a TRANE, and<br>TRANE TECHNOLOGIES COMPANY LLC,<br><br>Defendants. | Case No. CIV-23-317-J |

**NOTICE OF REMOVAL**

COMES NOW Defendants Trane U.S. Inc. and Trane Technologies Company, LLC ("Removing Defendants"), under 28 U.S.C. § 1441(a) and (b) and 28 U.S.C. § 1332, files this Notice of Removal.

1. Plaintiff Belger Cartage Service, Inc. ("Plaintiff") filed its Petition on March 14, 2023 against Removing Defendants, in the district court for Oklahoma County, Oklahoma. The case number is CJ-2023-1380.

2. Plaintiff's petition alleges breach of contract, specific performance, and declaration of rights stemming from the installation of chiller unit in Oklahoma County. Plaintiff's Petition states the amount in controversy is in excess of $75,000.00.

3. Plaintiff is a citizen of Missouri pursuant to 28 U.S.C. § 1332(C)(1); Plaintiff is incorporated in Missouri and has its principle place of business in Missouri.

4. Removing Defendants are citizens of Delaware pursuant to 28 U.S.C. § 1332(C)(1); Removing Defendants are incorporated in Delaware and have their principal place of business in Georgia.

5. Removing Defendants were served with the Petition, by agreement, on March 17, 2023.

6. Removing Defendants filed their Special Entry of Appearance and Reservation of Time on April 6, 2023.

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) as there is complete diversity of citizenship.

8. The following is a complete list of the process, pleadings, motions, and orders served on Allied:

a. Exhibit 1 – Petition

b. Exhibit 2 – Summons issued to Removing Defendants

c. Exhibit 3 – Rebecca Newman Entry of Appearance

d. Exhibit 4.- William McKee Entry of Appearance

e. Exhibit 5. – Trane Reservation of Time to Answer

f. Exhibit 6 – Copy of State Court Docket Sheet

g. Exhibit 7. – Philip Schovanec and Brian Matula Entry of Appearance

9. Contemporaneous with the filing of this Notice, Removing Defendants will mail a copy of this Notice of Removal together with a Notice of Removal to Federal Court (attached as Exhibit 8) for filing in the District Court of Oklahoma County,

Oklahoma. Removing Defendants will also provide a copy of this Notice to Plaintiff.

10. Plaintiff demanded a jury trial in its Petition. Removing Defendants also demand jury trial on any applicable issues.

Respectfully submitted,

By /s/ *Rebecca L. Newman*

WILLIAM T. MCKEE, OBA NO. 15305
bmckee@rhodesokla.com
REBECCA L. NEWMAN, OBA NO. 30898
rlnewman@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173
(918) 592-3390 Facsimile
***Attorneys for Defendants***
***Trane U.S. Inc. and***
***Trane Technologies Company, LLC***

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of April, 2023, I transmitted a true and correct copy of the above and foregoing document via facsimile, electronic mail, and/or U.S. Mail, postage prepaid to the following:

Philip A. Schovanec
Brian R. Matula
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
***Attorneys for Plaintiff***

/s/ *Rebecca L. Newman*
WILLIAM T. MCKEE / REBECCA L. NEWMAN