**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BELGER CARTAGE SERVICE, INC., a domestic for-profit company. | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-23-00317-J |
| TRANE U.S., INC., d/b/a TRANE, a domestic for-profit company, and TRANE TECHNOLOGIES COMPANY, LLC, a domestic for-profit company, | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties, Plaintiff, Belger Cartage Service, Inc. and Defendants, Trane U.S., Inc., d/b/a Trane and Trane Technologies Company, LLC by and through their undersigned counsel, hereby stipulate to the dismissal of all claims asserted by all parties herein, including all of Plaintiffs' claims and Defendant's counterclaims, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated May 23, 2024

Respectfully submitted,

Philip A. Schovanec, OBA No. 16303
Brian R. Matula, OBA No.
Fellers Snider, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 239-7212
Email: pschovanec@fellerssnider.com
bmatula@fellerssnider.com
*Counsel for Plaintiff*

William T. McKee, OBA No. 15305
Rebecca L. Newman, OBA No. 30898
Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100
Telephone: (918) 582-1173
Email: bmckee@rhodesokla.com
rnewman@rhodesokla.com
*Counsel for Defendants*